Daniel J. McDonald (#07935)
dan@mcdonaldfielding.com
**MCDONALD FIELDING, PLLC**
The Mill at Dry Creek
175 W. Canyon Crest Road, Suite 204
Alpine, Utah  84004
Telephone: (801) 610-0010
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| RECOVERY LAND HOLDING, LLC, a Utah limited liability company | : : : | **NOTICE OF APPEARANCE OF COUNSEL** |
| Plaintiff, | : : : | |
| v. | : : : | Civil No. 1:17-cv-00152PMW |
| CITY OF SOUTH OGDEN, and DOE DEFENDANTS 1 through X, | : : : | Magistrate Judge Paul M. Warner |
| Defendants. | : : : | |

Notice is hereby given of the entry of Daniel J. McDonald of McDonald Fielding, PLLC, as counsel of record for Defendant City of South Ogden in the above-entitled action.  Pursuant to D.U. Civ. R 83-1.3(a) and Fed. R. Civ. P. 5, all further notices and copies of pleadings, papers and other material relevant to this action should directed to and served upon the following:

Daniel J. McDonald
dan@mcdonaldfielding.com
**MCDONALD FIELDING, PLLC**
The Mill at Dry Creek
175 W. Canyon Crest Road, Suite 204
Alpine, Utah  84004
Telephone: (801) 610-0010.

Counsel hereby consents and agrees to acceptance of service via email and the court's electronic filing system.

**DATED** this 16th day of January, 2018.

MCDONALD FIELDING, PLLC

/s/ Daniel J. McDonald

_____

Daniel J. McDonald
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January, 2018, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** to be served by electronic court filing notification through the Court's CM/ECF system to all participants of record.


         /s/ Daniel J. McDonald