Daniel J. McDonald (#07935)
dan@mcdonaldfielding.com
**MCDONALD FIELDING, PLLC**
The Mill at Dry Creek
175 W. Canyon Crest Road, Suite 204
Alpine, Utah  84004
Telephone: (801) 610-0010
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RECOVERY LAND HOLDING, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SOUTH OGDEN, and DOE DEFENDANTS 1 through X,<br><br>Defendants. | **REQUEST TO SUBMIT FOR DECISION**<br><br>Civil No. 1:17-cv-00152-TS<br><br>Judge Ted Stewart<br><br>Magistrate Judge Brooke C. Wells |

Defendant City of South Ogden, by and through its undersigned counsel, and pursuant to D.U. Civ. R. 7-3, respectfully requests that the following documents be submitted to the Court for its decision:

| Docket No. | Document | Date Served |
|---|---|---|
| 47 | Short Form Discovery Motion | 5/31/2019 |
| 48 | Motion to Expedite Short Form Discovery Motion | 5/31/2019 |

1

No opposition to either motion has been filed and the time for doing so under D.U. Civ. R. 37-1(a)(6) has expired. No hearing has been requested.

**DATED** this 10th day of June, 2019.

**MCDONALD FIELDING, PLLC**

/s/ Daniel J. McDonald
_____
Daniel J. McDonald
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of June, 2019, I caused a true and correct copy of the foregoing to be served by electronic court filing notification through the Court's CM/ECF system to all participants of record.

      /s/ Daniel J. McDonald