AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

RECOVERY LAND HOLDINGS, LLC, a Utah limited liability company,

        Plaintiff

v.

CITY OF SOUTH OGDEN, and DOE DEFENDANTS I through X,

        Defendant

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:17-CV-152 TS

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Defendant and against Plaintiff.

December 16, 2019

*Date*

BY THE COURT:

_____

Ted Stewart
United States District Judge